## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| REGGIE O. WILLIAMS, #01619177 | § | |
| VS. | § | CIVIL ACTION NO. 6:20cv252 |
| UNKNOWN FRONTER, ET AL. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

This action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On June 24, 2020, the Magistrate Judge issued a Report and Recommendation (Docket No. 7), recommending that the action be dismissed without prejudice for want of prosecution and failure to obey an order of the court for failure to pay the initial partial filing fee.

On July 23, 2020, Plaintiff filed objections to the Report claiming that he had paid the initial partial filing fee. Docket No. 8. On July 30, 2020, Judge Love issued an order informing Plaintiff that he had paid two filing fees in the Southern District of Texas and did not pay an initial partial filing fee in the Eastern District of Texas. Docket No. 9. The order treated Plaintiff's objections as an extension of time and instructed him pay his initial partial filing fee as previously ordered. On August 12, 2020. Plaintiff filed a motion to amend his complaint. Docket No. 10. As of the date of this Order, Plaintiff has not paid the initial partial filing fee as ordered.

The Court reviews objected-to portions of the Magistrate Judge's Report and Recommendation de novo. *See* FED. R. CIV. P. 72 and 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court conducting a de novo review examines the entire record and makes an independent assessment under the law. *Douglass*

1

*v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Having reviewed Plaintiff's objections de novo (Docket No. 8), the Court concludes that the objections are without merit and that the findings and conclusions of the Magistrate Judge are correct.  Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report (Docket No. 7) is **ADOPTED** and that the above-styled civil action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution and failure to obey an order of the court.

So **ORDERED** and **SIGNED** this **30th**  day of  **September, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE